Frank J. Kohut, Appellee, v. William Cowel and Paul Bodner, Appellants.

Gen. No. 45,161.

Price, Kimball & Anthony, for appellants; Hutson, Traeger & Bolger, for appellee; L. C. Traeger, Jr., of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.** Opinion filed November 29, 1950; released for publication February 23, 1951.

Hospital Sisters of St. Francis, Trading as St. Elizabeth's Hospital and Dr. Edward G. Dewein, Appellants, v. County of St. Clair, and Town of Freeburg, Appellees.

Term No. 50-0-3.

Richard T.